Edward F. Novak (AZ #006092)
enovak@polsinelli.com
Polsinelli PC
CityScape, One E. Washington St., Ste. 1200
Phoenix, AZ 85004
Telephone:  602.650.2000
Facsimile:  602.264.7033

*Attorney for Wendy Anderson*

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  v.<br><br>Dale Lawrence Hipes,<br><br>  Defendant. | No. CR-21-00199-PHX-MTL<br><br>**NOTICE OF APPEARANCE** |

Polsinelli PC, by and through attorney Edward F. Novak, hereby enters his limited appearance on behalf of Attorney Wendy Anderson for all subsequent proceedings in this matter.

Dated this 22nd day of February, 2023.

                              Polsinelli PC


                              By: */s/ Edward F. Novak*
                                  Edward F. Novak
                                  Cityscape, One E. Washington St., Ste. 1200
                                  Phoenix, Az 85004
                                  (602) 650-2000
                                  *Attorney for Wendy Anderson*

88334665.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of February 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Clerk of the Court
United States District Court, District of Arizona
Sandra Day O'Connor Courthouse
401 W. Washington Street
Phoenix, AZ 85003

Andrew Stone
Assistant United States Attorney
United States Attorney's Office
40 N. Central Ave, Suite 1800
Phoenix, AZ 85004

By: */s/ Erika Cano*

88334665.1