GARY M. RESTAINO
United States Attorney
District of Arizona

ANDREW C. STONE
Arizona State Bar No. 026543
SETH T. GOERTZ
Arizona State Bar No. 031645
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: Andrew.Stone@usdoj.gov
      Seth.Goertz@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-21-00199-PHX-MTL |
| Plaintiff, | |
| vs. | **JOINT STATEMENT OF THE CASE** |
| Dale Lawrence Hipes, | |
| Defendant. | |

Pursuant to the Court's Order Resetting Final Pretrial Conference (Doc. 57), the parties jointly propose the following statement of the case.

In April 2020, the defendant, Dale Lawrence Hipes, created a business called BRI Supply, Inc. ("BRI"). Mr. Hipes created BRI for the purpose of selling personal protective equipment ("PPE") related to the COVID-19 pandemic. Mr. Hipes is alleged to have misrepresented two key facts to potential PPE buyers: (1) that BRI was an authorized 3M distributor with direct access to 3M N95 1860 masks; and (2) any pre-payments made to BRI for 3M masks would be maintained in an escrow account. Based on these misrepresentations, a buyer paid $16.65 million to Mr. Hipes in exchange for nine million 3M N95 1860 masks. Mr. Hipes did not deliver the masks. After the buyer demanded

repayment of the $16.65 million, Mr. Hipes wired $12 million back to the buyer, leaving a $4.65 million dollar balance. Mr. Hipes never sent the balance to the buyer.

Mr. Hipes denies any wrongdoing and has pleaded not guilty to the charges.

Respectfully submitted this 13th day of March, 2023.

GARY M. RESTAINO<br>
United States Attorney<br>
District of Arizona<br>
<br>
<i>s/ Andrew C. Stone</i><br>
ANDREW C. STONE<br>
SETH GOERTZ<br>
Assistant U.S. Attorneys<br>
<br>
<i>s/ Andrew C. Stone (with permission)</i><br>
MARK BERARDONI<br>
Attorney for Defendant – Dale L. Hipes

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System and caused a copy to be electronically to following CM/ECF registrants:

Mark Berardoni
*Attorney for Defendant*

*s/ Andrew C. Stone*
U.S. Attorney's Office