# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress    ☐ Non-Jury Trial    ☒ Jury Trial

USA vs. Dale Lawrence Hipes                    CR-21-00199-PHX-MTL
_Last, First, Middle Initial_                  _Year-Case No-Deft No-Judge_

☒ GOVERNMENT    ☒ DEFENDANT

|     | NAME | G/D | DATE SWORN | DATE APPEARED |
|-----|------|-----|------------|---------------|
| 1.  | Kim Shafer | G | | |
| 2.  | James Kwak | G | | |
| 3.  | Charles Brown | G | | |
| 4.  | Dale Dykstra | G | | |
| 5.  | Wendy Anderson | G | | |
| 6.  | Troy Cofer, FBI Special Agent | G | | |
| 7.  | Kathryn McDonald, FBI Forensic Accountant | G | | |
| 8.  | Jeffrey Hebert, FBI Special Agent | G | | |
| 9.  | Cassandra Jacobson, 3M | G | | |
| 10. | John Paul DeJoria | G | | |
| 11. | Nancy Countryman | D | | |
| 12. | Ron Sowers | D | | |
| 13. | Austin Sowers | D | | |
| 14. | John Eric McGinnis | D | | |
| 15. | Stacey Deprey-Purper | D | | |
| 16. | Matt Mason | D | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 17. | John Gilbert | D | | |
| 18. | Barbara Beer | D | | |
| 19. | H.K. Holland | D | | |